| | |
|---|---|
| 1 | Jason A. Davis (Calif. Bar No. 224250) |
| 2 | Davis & Associates |
|   | 27281 Las Ramblas, Suite 200 |
| 3 | Mission Viejo, CA 92691 |
|   | Tel 949.310.0817/Fax 949.288.6894 |
| 4 | E-Mail: Jason@CalGunLawyers.com |
| 5 | Attorneys for Plaintiffs OWNER-OPERATOR |
|   | INDEPENDENT DRIVERS ASSOCIATION, INC., |
| 6 | ERIK ROYCE, BRANDON ELIAS, FOLSOM |
| 7 | SHOOTING CLUB, INC., and THE CALGUNS |
|   | FOUNDATION, INC., |
| 8 | |
|   | C. D. Michel (Calif. Bar No. 144258) |
| 9 | Clint Monfort (Calif. Bar No. 255609) |
| 10 | Michel & Associates, P.C. |
|   | 180 East Ocean Blvd. Suite 200 |
| 11 | Long Beach, CA 90802 |
|   | Tel: 562.216.4444/Fax 562.216.4445 |
| 12 | E-Mail: CMichel@MichelandAssociates.com |
| 13 | Attorneys for Plaintiff NATIONAL RIFLE ASSOCIATION, INC. |

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., | Case No: |
| | **NOTICE OF RELATED CASES** |
| | [L.R. 83-123] |
| Plaintiffs, | |
| vs. | |
| STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 | |
| Defendants. | |

Notice Of Related Cases    Page 1 of 2    *Owner-Operator Independent Drivers Association, Inc. et al. v. Lindley, et al.*

# **NOTICE OF RELATED CASES**

COME NOW Plaintiffs, OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., *et a*l. (collectively, "Plaintiffs") by and through their undersigned counsel, and pursuant to Local Rule 83-123 provide notice that this action may be related to:

*State Ammunition, Inc. et al. v. Lindley, et al.*, 2:10-cv-01864-MCE-KJN

The previously-filed case, contain numerous allegations (Interstate Commerce, Due Process, and Second Amendment) of which Plaintiffs have no knowledge and which, regardless of their merit, appear wholly unrelated to causes of action the instant case; this case may be related, however, to the extent that the earlier case challenges the same provisions of Assembly Bill 962 (2009) as against the same Defendant Steve Lindley.

Rule 83-123 contemplates the relation of cases where doing so "is likely to effect a substantial savings of judicial effort."  Plaintiffs are confident that their presentation of the core Federal Aviation Administration Authorization Act and Supremacy Clause violations will be efficient and coherent, enabling the Court to render a considered decision on the merits on dispositive motions raising only questions of law.

| | |
|---|---|
| Date: July 28, 2010, | Respectfully submitted, |
| Michel & Associates, P.C | Davis & Associates |
| /s/ C. D. Michel (as authorized on 07/28/10)<br>C. D. Michel<br>cmichel@michelandassociatees.com<br>Attorneys for plaintiff<br>NATIONAL RIFLE ASSOCIATION, INC. | /s/ Jason A. Davis<br>Jason A. Davis<br>Jason@CalGunLawyers.com<br>Attorneys for plaintiffs<br>OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., and THE CALGUNS FOUNDATION, INC. |