EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ZACKERY P. MORAZZINI, State Bar No. 204237
Supervising Deputy Attorney General
PETER A. KRAUSE, State Bar No. 185098
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5328
 Fax: (916) 324-8835
 E-mail: Peter.Krause@doj.ca.gov
*Attorneys for defendants Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, the State of California, and the California Department of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10,**<br><br>Defendants. | 10-cv-02010 -MCE-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>[E.D. Cal. Local R. 144(a)]<br><br>Action Filed: July 28, 2010 |

1

Plaintiffs Owner-Operator Independent Drivers Association, Inc., Erik Royce, Brandon Elias, Folsom Shooting Club, Inc., the Calguns Foundation, Inc., and National Rifle Association, Inc. (collectively, "Plaintiffs"), and defendants Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, the State of California, and the California Department of Justice (collectively, "Defendants"), through their respective counsel of record, hereby stipulate and agree that, pursuant to Local Rule 144(a), the time in which Defendants may respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended for 28 days to September 17, 2010.

Dated:  August 13, 2010        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
ZACKERY P. MORAZZINI
Supervising Deputy Attorney General

/s/  Peter A. Krause

PETER A. KRAUSE
Deputy Attorney General
*Attorneys for Defendant Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms*

Dated:  August 13, 2010        DAVIS & ASSOCIATES

/s/ Jason A. Davis
(as authorized on August 12, 2010)

JASON A. DAVIS
*Attorney for Plaintiffs Owner-Operator Independent Drivers Association, Inc., Erik Royce, Brandon Elias, Folsom Shooting Club, Inc., and The Calguns Foundation, Inc.*

Dated:  August 13, 2010        MICHEL & ASSOCIATES, P.C.

/s/ Clint Monfort
(as authorized on August 12, 2010)

C.D. MICHEL
CLINT MONFORT
*Attorney for Plaintiff National Rifle Association, Inc.*

SA2010102125
10602086.doc