Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com
Attorneys for Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., and THE CALGUNS FOUNDATION, INC.,

C. D. Michel (Calif. Bar No. 144258)
Clint Monfort (Calif. Bar No. 255609)
Michel & Associates, P.C.
180 East Ocean Blvd. Suite 200
Long Beach, CA 90802
Tel: 562.216.4444/Fax 562.216.4445
E-Mail: CMichel@MichelandAssociates.com
Attorneys for Plaintiff NATIONAL RIFLE ASSOCIATION, INC.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 <br><br> Defendants. | **Case No.: 10-CV-02010-MCE-KJM** <br><br> **NOTICE OF FILING OF PROOF OF SERVICE ON THE STATE OF CALIFORNIA FOR THE SUMMONS, COMPLAINT, AND SUPPORTING DOCUMENTS** |

Plaintiffs hereby file with the court the Proof of Service of the below referenced documents on Defendant The State of California, which was served on July 30, 2010. The executed Proof of Service is attached hereto as Exhibit "A."

1. Summons in a Civil Case;
2. Complaint, Request for Injunctive and Declaratory Relief, and Demand for Jury Trial;
3. Civil Cover Sheet;
4. Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions;
5. Consent/Decline to Jurisdiction of United States Magistrate Judge;
6. Notice of Avalibility Voluntary Dispute Resolution;
7. Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 16-271.;
8. Notice of Related Cases;
9. Order Requiring Joint Status Report;
10. Exhibit A to Complaint.

Dated: August 16, 2010          **DAVIS & ASSOCIATES**

/s/ Jason A. Davis
Jason A. Davis
Attorney for Plaintiffs Owner-Operator Independent Drivers Association, Inc., Erik Royce, Brandon Elias, Folsom Shooting Club, Inc., and The Calguns Foundation, Inc.

Dated: August 16, 2010          **MICHEL & ASSOCIATES, P.C.**

/s/ C.D. Michel
C.D. Michel
Attorney for Plaintiff National Rifle Association, Inc.

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| MICHEL & ASSOCIATES, P.C.<br>C.D. MICHEL - SBN # 144258<br>180 E. OCEAN BLVD. , SUITE 200<br>LONG BEACH, CA  90802 | (562) 216-4444 | |
| ATTORNEY FOR (NAME)   NATIONAL RIFLE ASSN. | REFERENCE NUMBER<br>0S371290-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DIST. CALIF.
501 I STREET
SACRAMENTO, CA 95814

SHORT NAME OF CASE
OWNER-OPERATOR, ET AL vs. STEVE LINDLEY, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>210CV02010MCEKJM |
|---|---|---|---|---|

**I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;**

**I served the:**
SEE LIST OF DOCUMENTS ATTACHED AS EXHIBIT "A";

**Name of Defendant:** THE STATE OF CALIFORNIA
**Person Served:** WILL E GRAYSON
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 07/30/10
**Time of Delivery:** 02:30 pm

**Place of Service:** 1300 "I" STREET
SACRAMENTO, CA 95814-2919      (Business)

**Date of Mailing:** 07/30/10
**Place of Mailing:** SACRAMENTO

**Physical Description:**
| AGE: 45 | HAIR: BALD | HEIGHT: 5'10" | RACE: B |
| SEX: M | EYES: BROWN | WEIGHT: 180LBS | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
                         [ ] California Code of Civil Procedure

**Fee for service:**  $ 34.28

---

| ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23) | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X] Registered: . . . SACRAMENTO . . . . County,<br>    Number: . . . 2005-05 . . . . . . . . . . .<br>**Attorney's Diversified Services**<br>1424 21st Street<br>Sacramento, CA 95814       *Client File #1598*<br>(916) 441-4396<br>30C/0S371290-02       PROOF OF SERVICE | on: . . . . . . . . . August 2, 2010 . . . . . .,<br>at: . . . . . . . . . SACRAMENTO . . . . . California.<br>Signature: _____<br>Name: CHARLES W. HOWELL<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |

## EXHIBIT "A"

## OWNER-OPERATOR INDEPENDENT DRIVERS ASSN, ET AL V. STEVE LINDLEY, ET AL

UNITED STATES DISTRICT COURT-EASTERN DISTRICT
CASE # 2:10-CV-02010-MCE-KJM

### LIST OF DOCUMENTS

1.) SUMMONS IN A CIVIL CASE

2.) COMPLAINT, REQUEST FOR INJUNCTIVE AND DECLARATORY RELIEF, AND DEMAND FOR JURY TRIAL

3.) CIVIL COVER SHEET

4.) NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

5.) CONSENT/DECLINE TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

6.) NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

7.) STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271

8.) NOTICE OF RELATED CASES

9.) ORDER REQUIRING JOINT STATUS REPORT

10.) EXHIBIT A TO COMPLAINT

*#S371290*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 <br><br>Defendants. | Case No.: 10-CV002010-MCE-KJM <br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF FILING OF PROOF OF SERVICE ON THE STATE OF CALIFORNIA FOR THE SUMMONS, COMPLAINT, AND SUPPORTING DOCUMENTS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ZACKERY P. MORAZZINI, State Bar No. 204237
Supervising Deputy Attorney General
PETER A. KRAUSE, State Bar No. 185098
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5328
Fax: (916) 324-8835
E-mail: Peter.Krause@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2010.

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiff National Rifle Association, Inc.