1  Jason A. Davis (Calif. Bar No. 224250)
   Davis & Associates
2  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
3  Tel 949.310.0817/Fax 949.288.6894
   E-Mail: Jason@CalGunLawyers.com
4  Attorneys for Plaintiffs OWNER-OPERATOR
   INDEPENDENT DRIVERS ASSOCIATION, INC.,
5  ERIK ROYCE, BRANDON ELIAS, FOLSOM
   SHOOTING CLUB, INC., and THE CALGUNS
6  FOUNDATION, INC.,

7  C. D. Michel (Calif. Bar No. 144258)
   Clint Monfort (Calif. Bar No. 255609)
8  Michel & Associates, P.C.
   180 East Ocean Blvd. Suite 200
9  Long Beach, CA 90802
   Tel: 562.216.4444/Fax 562.216.4445
10 E-Mail: CMichel@MichelandAssociates.com
   Attorneys for Plaintiff NATIONAL RIFLE ASSOCIATION, INC.

11

12              **IN THE UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF CALIFORNIA**
13                    **SACRAMENTO DIVISION**

14

15 OWNER-OPERATOR                         **Case No.: 10-CV-02010-MCE-KJM**
   INDEPENDENT DRIVERS
   ASSOCIATION, INC., ERIK              **NOTICE OF FILING OF PROOF OF**
16 ROYCE, BRANDON ELIAS,               **SERVICE ON STEVE LINDLEY FOR**
   FOLSOM SHOOTING CLUB, INC.,         **THE SUMMONS, COMPLAINT, AND**
17 THE CALGUNS FOUNDATION,             **SUPPORTING DOCUMENTS**
   INC., and NATIONAL RIFLE
18 ASSOCIATION, INC.,

19          Plaintiffs,

20      vs.

21 STEVE LINDLEY; THE STATE OF
   CALIFORNIA; THE CALIFORNIA
22 DEPARTMENT OF JUSTICE;
   DOES 1-10
23          Defendants.

24

25

26

27

28

                                 1

1         Plaintiffs hereby file with the court the Proof of Service of the below

2 referenced documents on Defendant Steve Lindley, who was served on August 4,

3 2010.  The executed Proof of Service is attached hereto as Exhibit "A."

4       1.    Summons in a Civil Case;

5       2.    Complaint, Request for Injunctive and Declaratory Relief, and

6            Demand for Jury Trial;

7       3.    Civil Cover Sheet;

8       4.    Notice of Availability of a Magistrate Judge to Exercise Jurisdiction

9            and Appeal Instructions;

10      5.    Consent/Decline to Jurisdiction of United States Magistrate Judge;

11      6.    Notice of Avalibility Voluntary Dispute Resolution;

12      7.    Stipulation to Elect Referral of Action to Voluntary Dispute

13           Resolution Program (VDRP) Pursuant to Local Rule 16-271.;

14      8.    Notice of Related Cases;

15      9.    Order Requiring Joint Status Report;

16     10.   Exhibit A to Complaint.

17 Dated: September 8, 2010          **DAVIS & ASSOCIATES**

19                        /s/ Jason A. Davis (as approved on 9/8/10)<br>Jason A. Davis<br>Attorney for Plaintiffs Owner-Operator Independent Drivers Association, Inc., Erik Royce, Brandon Elias, Folsom Shooting Club, Inc., and The Calguns Foundation, Inc.

23 Dated: August 16, 2010         **MICHEL & ASSOCIATES, P.C.**

25                        /s/ C.D. Michel<br>C.D. Michel<br>Attorney for Plaintiff National Rifle Association, Inc.

NOTICE OF FILING POS ON STEVE LINDLEY  (10-CV-02010-MCE-KJM)

# Exhibit "A"

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | | |
|---|---|---|---|
| MICHEL & ASSOCIATES, P.C.<br>C.D. MICHEL - SBN # 144258<br>180 E. OCEAN BLVD. , SUITE 200<br>LONG BEACH, CA 90802 | (562) 216-4444 | | FOR COURT USE ONLY |

| ATTORNEY FOR (NAME) | NATIONAL RIFLE ASSN. | REFERENCE NUMBER<br>0S371290-01 |
|---|---|---|

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DIST. CALIF.
501 I STREET
SACRAMENTO, CA 95814

SHORT NAME OF CASE
OWNER-OPERATOR, ET AL vs. STEVE LINDLEY, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>210CV02010MCEKJM |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE LIST OF DOCUMENTS ATTACHED AS EXHIBIT "A";

**Name of Defendant:**    STEVE LINDLEY

**Date of Delivery:**    08/04/10
**Time of Delivery:**    02:30 pm

**Place of Service:**    1300 "I" STREET
SACRAMENTO, CA 95814-2919          (Business)

**Date of Mailing:**    08/04/10
**Place of Mailing:**    SACRAMENTO

**Manner of Service:**

Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**    [X]  Federal Rules of Civil Procedure

[ ]  California Code of Civil Procedure

**Fee for service:**    $ 63.53

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X]  Registered: . . . . SACRAMENTO . . . . County,
Number: . . . . 2005-05 . . . . . . . . .

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814      *Client File #1598*
(916) 441-4396

30C/0S371290-01          PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . August 12, 2010 . . . . .
at: . . . . . . . . . SACRAMENTO . . . . . , California.

Signature:
Name: CHARLES W. HOWELL
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

COPY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 <br> Defendants. | **Case No.: 10-CV002010-MCE-KJM** <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF FILING OF PROOF OF SERVICE ON STEVE LINDLEY FOR THE SUMMONS, COMPLAINT, AND SUPPORTING DOCUMENTS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ZACKERY P. MORAZZINI, State Bar No. 204237
Supervising Deputy Attorney General
PETER A. KRAUSE, State Bar No. 185098
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5328
Fax: (916) 324-8835
E-mail: Peter.Krause@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2010.

/s/ C.D. Michel
C. D. Michel
Attorney for Plaintiff National Rifle Association, Inc.

3