# CERTIFICATE OF SERVICE

Case Name:   **Owner-Operator Independent Drivers Ass'n v. Lindley**      No.   **10-cv-02010 -MCE-KJN**

I hereby certify that on September 17, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY ACTION and, DECLARATION OF PETER A. KRAUSE IN SUPPORT THEREOF;**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 17, 2010, at Sacramento, California.

|  |  |
|---|---|
|  | /s/ Brooke C. Carothers |
| Brooke C. Carothers | Brooke C. Carothers |
| Declarant | Signature |

SA2010102125
10614478.doc