1  Jason A. Davis (Calif. Bar No. 224250)
   Davis & Associates
2  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
3  Tel 949.310.0817/Fax 949.288.6894
   E-Mail: Jason@CalGunLawyers.com
4  Attorneys for Plaintiffs OWNER-OPERATOR
   INDEPENDENT DRIVERS ASSOCIATION, INC.,
5  ERIK ROYCE, BRANDON ELIAS, FOLSOM
   SHOOTING CLUB, INC., and THE CALGUNS
6  FOUNDATION, INC.,

7  C. D. Michel (Calif. Bar No. 144258)
   Clint Monfort (Calif. Bar No. 255609)
8  Michel & Associates, P.C.
   180 East Ocean Blvd. Suite 200
9  Long Beach, CA 90802
   Tel: 562.216.4444/Fax 562.216.4445
10 E-Mail: CMichel@Michellawyers.com
   Attorneys for Plaintiff NATIONAL RIFLE ASSOCIATION, INC.

11

12                **IN THE UNITED STATES DISTRICT COURT**

13                **EASTERN DISTRICT OF CALIFORNIA**

14                        **SACRAMENTO DIVISION**

15 OWNER-OPERATOR INDEPENDENT DRIVERS        ) **Case No.: 10-CV-02010-MCE-KJM**
   ASSOCIATION, INC., ERIK ROYCE, BRANDON     )
16 ELIAS, FOLSOM SHOOTING CLUB, INC., THE     ) **REQUEST FOR JUDICIAL**
   CALGUNS FOUNDATION, INC., and NATIONAL      ) **NOTICE IN SUPPORT OF**
17 RIFLE ASSOCIATION, INC.,                    ) **PLAINTIFFS' OPPOSITION TO**
                                               ) **DEFENDANTS' MOTION TO**
18              Plaintiffs,                     ) **DISMISS THE COMPLAINT, OR**
19      vs.                                     ) **IN THE ALTERNATIVE, TO STAY**
                                               ) **THE ACTION**
20 STEVE LINDLEY; THE STATE OF CALIFORNIA;     )
   THE CALIFORNIA DEPARTMENT OF JUSTICE;       ) Date:    November 18, 2010
21 DOES 1-10                                    ) Time:    2:00
                                               ) Ctrm:    No. 7 - 14th Floor
22              Defendants.                     ) Judge:   Hon Morrison C. England, Jr.
                                               ) Trial Date:    None
23 _____  ) Action Filed:  7/28/2010

24

25

26

27

28

                                    1

1

**REQUEST FOR JUDICIAL NOTICE**

2      Plaintiffs, Owner-Operator Independent Drivers Association, Inc., Erik Royce, Brandon Elias,

3  Folsom Shooting Club, Inc., The Calguns Foundation, Inc., and National Rifle Association, Inc.,  by and

4  through their attorneys of record, respectfully request that this Court take judicial notice pursuant to

5  Federal Rule of Evidence 201 of the following facts and document:

6      On or about December 30, 2009, the California Attorney General, by and through the California

7  Department of Justice, Law Enforcement, Bureau of Firearms' Chief Wilfredo Cid had published on the

8  Bureau of Firearms' official website an "Information Bulletin" interpreting Assembly Bill 962 (2009-

9  2010 Reg. Sess.)("AB962").  Specifically, this "Information Bulletin" states, in part:

10          Beginning February 1, 2011, the delivery or transfer of handgun ammunition must occur
           in a face-to-face transaction, with the recipient providing bona fide evidence of his or her
11         identity and age, subject to specified exceptions.  Non face-to-face transfers, such as
           internet transactions and mail order deliveries are prohibited.  A violation is a
12         misdemeanor.  Pen. Code §12318.  (Emphasis added.)

13  (http://ag.ca.gov/firearms/infobuls/2009-BOF-05.pdf. last visited November 3, 2010) A true and correct

14  copy of the December 30, 2009, "Information Bulletin" issued by the California Department of Justice –

15  Bureau of Firearms' former Chief, Wilfredo Cid, is attached hereto as **Exhibit "1."**

16      That "Information Bulletin" is currently being published on the Department of Justice, Law

17  Enforcement Division, Bureau of Firearms' official website under the Acting Chief of the Bureau of

18  Firearms, Steve Lindley.

19  Dated: November 4, 2010

20  **MICHEL & ASSOCIATES, P.C.**                    **DAVIS & ASSOCIATES**

21  s/C.D. Michel                                    s/ Jason A. Davis (as approved on 11/3/10)
    C.D. Michel                                      Jason A. Davis
22  Attorney for Plaintiff National Rifle Association,   Attorney for Plaintiffs Owner-Operator
    Inc.                                             Independent Drivers Association, Inc., Erik
23                                                   Royce, Brandon Elias, Folsom Shooting Club,
                                                     Inc., and The Calguns Foundation, Inc.
24

25

26

27

28

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC., THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., <br><br> Plaintiffs, <br> vs. <br><br> STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 <br><br> Defendants. | ) **Case No.: 10-CV-02010-MCE-KJM** <br> ) <br> ) **CERTIFICATE OF SERVICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THE ACTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

EDMUND G. BROWN JR., Attorney General  
ZACKERY P. MORAZZINI, Supervising Deputy Attorney General  
PETER A. KRAUSE, Deputy Attorney General  
1300 I Street, Suite 125  
P.O. Box 944255  
Sacramento, CA 94244-2550

Telephone: (916) 324-5328  
Fax: (916) 324-8835  
E-mail: Peter.Krause@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2010.

/s/ C.D. Michel  
C. D. Michel  
Attorney for Plaintiff National Rifle association, Inc.