# EXHIBIT 1

# EXHIBIT 1

Edmund G. Brown Jr., Attorney General

| California Department of Justice **DIVISION OF LAW ENFORCEMENT** George B. Anderson, Director  | *INFORMATION BULLETIN* |
|---|---|
| *Subject:* **New and Amended Firearms Laws** | *No:* 2009-BOF-05 | **Bureau of Firearms** |
| | *Date:* 12/30/09 | |

**TO:  All California Centralized List of Firearms Dealers, Manufacturers, and Exempted Federal Firearms Licensees**

This bulletin provides a brief summary of new and amended California firearms laws that take effect on January 1, 2010, unless otherwise noted.  You may contact the California State Capitol Legislative Bill Room at (916) 445-2323 to obtain copies of the bills (order by statute year and chapter number), or access the full text of the bills via the Internet at http://www.leginfo.ca.gov/.

### AB 962 (Stats. 2009, ch. 628)

- Handgun ammunition must be displayed in a manner that makes the ammunition inaccessible to a purchaser or transferee, and requires the assistance of the vendor or an employee of the vendor. (§ 12061.)[1]
- An employee of a handgun ammunition vendor, who is prohibited from possessing firearms, cannot handle, sell, or deliver handgun ammunition in the course and scope of his or her employment. (§ 12061.)
- No one shall supply, deliver, or give ammunition to a minor who is prohibited from possessing ammunition pursuant to section 12101. (§ 12316.)
- Any person who is enjoined from engaging in activity associated with a criminal street gang is prohibited from possessing ammunition.  A violation is a misdemeanor. (§ 12316.)
- Beginning February 1, 2011, the delivery or transfer of handgun ammunition must occur in a face-to-face transaction, with the recipient providing bona fide evidence of his or her identity and age, subject to specified exceptions.  Non-face-to-face transfers, such as internet transactions and mail order deliveries are prohibited.  A violation is a misdemeanor. (§ 12318.)
- Beginning February 1, 2011, handgun ammunition vendors must obtain a thumbprint and other information related to handgun ammunition transactions subject to specified exceptions (including transfers to peace officers who are authorized to carry a firearm in the course and scope of their duties).  The information must be retained by the vendor for five years from the date of the transaction.  A violation is a misdemeanor. (§ 12061.)

---

[1] All further statutory references are to the California Penal Code, unless otherwise specified.

Information Bulletin 2009-BOF-05
New and Amended Firearms Laws
Page 2


**AB 1286 (Stats. 2009, ch. 144)**

- An exemption to the limit of one handgun per 30 days has been added, allowing the transfer of multiple handguns within 30 days to community colleges certified by the Commission on Peace Officer Standards and Training for commission-certified law enforcement training.  (§ 12072.)

**SB 175 (Stats. 2009, ch. 334)**

- The firearms dealer licensing requirement provides an exception for the exchange of a firearm to or from a gunsmith for purpose of service or repair. (§ 12072.)
- A California Firearms License Check (CFLC) verification number exemption for dangerous weapons has been removed. (§ 12072.)
- Pawnbrokers are precluded from placement on the Centralized List of Exempted Federal Firearms Licensees (CLEFFL). (§ 12083.)
- Persons who possess a current dangerous weapons permit, are exempt from the fees associated with CLEFFL. (§ 12083.)

**SB 449 (Stats. 2009, ch. 335)**

- Beginning July 1, 2010, secondhand dealers will report daily to DOJ (rather than the local law enforcement agency) via electronic submission, any firearms purchased, taken in trade, or taken in pawn.  Within one working day of receipt of a secondhand dealer report, the DOJ will electronically provide information in the report to a secure mailbox of the local law enforcement agency. (§ 12083; Bus. and Prof. Code §§ 21628 and 21628.2.)

If you have any questions regarding this Information Bulletin, please contact the DOJ Bureau of Firearms at (916) 263-4887.

Sincerely,


WILFREDO CID, Chief
Bureau of Firearms

For  EDMUND G. BROWN JR.
Attorney General


DLE 126 (Rev 10/07)